### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| NADIRA DUCKETT, ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:20-CV-00404-RWS- |
| | § | CAN |
| v. | § | |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 15), containing proposed findings of fact and recommendations that the Parties' Joint Motion to Sever and Consolidate for Discovery Purposes (Docket No. 12) be granted.

Having considered that Report and Recommendation, to which the parties have not objected,[1] the Court **ADOPTS** the Magistrate Judge's report as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Parties' Joint Motion to Sever and Consolidate for Discovery Purposes (Docket No. 12) is **GRANTED**.  It is further

**ORDERED** that the Clerk of Court shall sever Plaintiffs' claims into individual suits, each bearing a separate cause number, and to include in each cause a copy of the following: (1) Plaintiffs' original Complaint (Docket No. 1); (2) Defendant's Answer (Docket No. 8); and (3) a copy of this Memorandum.  The original Complaint in each new cause shall be deemed filed as of May 18, 2020.  It is finally

---

[1] The Parties waived the objections period to the Magistrate Judge's report on the record during the Rule 16 Scheduling Conference.

**ORDERED** that each of Plaintiffs shall file a further amended complaint within thirty (30)

days of the entry of this Memorandum.  Once severed, the Clerk of Court shall then consolidate

the individual cases for pretrial purposes only.

**SIGNED this 1st day of October, 2020.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE